IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| KENNETH E. MORRIS,                )<br>                                   )<br>     Plaintiff,                   )<br>                                   )<br>     v.                            )<br>                                   )<br>JOHN Q. HAMM, et al.,              )<br>                                   )<br>     Defendants.                   ) | CIVIL ACTION NO.<br>2:23cv001-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit alleging that he, as a sex offender, is being denied the opportunity for medical furlough in violation of his constitutional rights to due process and equal protection.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed with prejudice.  Also before the court are plaintiff's objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 16th day of June, 2023.

                                       /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**